RECEIVED
USDC CLERK, CHARLESTON, SC

2007 MAY -3  A 9: 27

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Jeffrey Neal Adams, #6107, ) | C. A. No. 2:06-3547-RBH-RSC |
| Plaintiff, ) | |
| vs. ) | **REPORT AND RECOMMENDATION** |
| Scotty Bodiford, Assistant ) Director of Greenville County ) Detention Center; ) NFN Daugherty, Director; ) NFN Krein, Head of Medical ) Services, ) | |
| Defendants. ) | |

The plaintiff brought this action seeking relief pursuant to Title 28, United States Code, Section 1983. On April 16, 2007, the defendants filed a motion for summary judgment. On April 18, 2007, pursuant to Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), an order was mailed to the plaintiff's last known address (Jeffrey Neal Adams, #0107, Greenville County Detention Center, 20 McGee Street, Greenville, SC 29601) advising him of the summary judgment procedure and the possible consequences if he failed to respond adequately. The envelope containing this order was returned to the court marked "Return to Sender - Attempted - Not Known - Unable to Forward" as the plaintiff is apparently no longer incarcerated at Greenville County Detention Center. The Clerk's Office further checked with the Greenville County Detention Center on the status

1

of the plaintiff, and they advised that the plaintiff was released on January 30, 2007.

Based on the foregoing, it appears the plaintiff no longer wishes to pursue this action. Accordingly, it is recommended that this action be dismissed for lack of prosecution.

Respectfully submitted,

Robert S. Carr
United States Magistrate Judge

Charleston, South Carolina

May __2__, 2007

**Notice of Right to File Objections to Report and Recommendation**

The parties are advised that they may file specific written objections to this Report and Recommendation with the District Court Judge. Objections must specifically identify the portions of the Report and Recommendation to which objections are made and the basis for such objections. In the absence of a timely filed objection, a district court judge need not conduct a de novo review, but instead must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310 (4th Cir. 2005).

Specific written objections must be filed within ten (10) days of the date of service of this Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The time calculation of this ten-day period excludes weekends and holidays and provides for an additional three (3) days for filing by mail. Fed. R. Civ. P. 6(a) & (e). Filing by mail pursuant to Fed. R. Civ. P. 5 may be accomplished by mailing objections to:

Larry W. Propes, Clerk
United States District Court
P.O. Box 835
Charleston, South Carolina 29402

**Failure to timely file specific written objections to this Report and Recommendation will result in waiver of the right to appeal from a judgment of the District Court based upon such Recommendation.** 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985).